**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED
MAR - 9 2011
AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 10-CR-039
Hon. Rudolph T. Randa

CHRISTOPHER A. JOHNS,

Defendant.

# VERDICT

We, the jury, find the defendant, CHRISTOPHER A. JOHNS, __Guilty__ of the
(Guilty or Not Guilty)
offense charged in Count One of the Indictment.

We, the jury, find the defendant, CHRISTOPHER A. JOHNS, __Guilty__ of the
(Guilty or Not Guilty)
offense charged in Count Two of the Indictment.

We, the jury, find the defendant, CHRISTOPHER A. JOHNS, __Guilty__ of the
(Guilty or Not Guilty)
offense charged in Count Three of the Indictment.

We, the jury, find the defendant, CHRISTOPHER A. JOHNS, __Guilty__ of the
(Guilty or Not Guilty)
offense charged in Count Four of the Indictment.

Dated at Milwaukee, Wisconsin, this __9th__ day of March, 2011.



Foreperson

Printed Name of Foreperson