## Assessment History Information For 2260924000

| Year | Land  | Imprv  | Total  | Exm.Land | Exm.Imprv | Exm.Total |
|------|-------|--------|--------|----------|-----------|-----------|
| 2010 | 13900 | 72600  | 86500  | 0        | 0         | 0         |
| 2009 | 13900 | 77200  | 91100  | 0        | 0         | 0         |
| 2008 | 13900 | 101600 | 115500 | 0        | 0         | 0         |
| 2007 | 13900 | 101600 | 115500 | 0        | 0         | 0         |
| 2006 | 7700  | 107800 | 115500 | 0        | 0         | 0         |
| 2005 | 7700  | 93600  | 101300 | 0        | 0         | 0         |
| 2004 | 7700  | 83100  | 90800  | 0        | 0         | 0         |



EXHIBIT
1

# Sales History Information For 2260924000

| Sale Year | Date Recorded | State DocId | State DLN | Sale Price | Sale Transaction | Arms Length |
|---|---|---|---|---|---|---|
| 2008-01 | 2009-01-22 | 9691336 | 200900239967741 | 34700 | WD | No |
| 2005-03 | 2005-04-11 | 8989737 | N/A | 120000 | WD | Yes |
| 2005-09 | 2005-10-13 | 9110243 | N/A | 125000 | WD | Yes |


EXHIBIT 2

# 2005 Residential Sales Aldermanic District 2 - Neighborhood # 1490

| # | Property Type | Tax Key | Address | District | Nbhd | Style | Extwall | Stories | Year Built | Fin sqft | Units | Bdrms | Fbath | Hbath | Lotsize | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Residential | 2500435000 | 4074 N 68TH ST | 2 | 1490 | Duplex N/S | Masonry / Frame | 2 | 1956 | 2588 | 2 | 6 | 2 | 0 | 6018 | 2005-01 | $169,000.00 |
| 2 | Residential | 2260224000 | 6202 W SPENCER PL | 2 | 1490 | Ranch | Brick | 1 | 1964 | 1386 | 1 | 3 | 2 | 1 | 4800 | 2005-01 | $142,000.00 |
| 3 | Residential | 2261030000 | 4309 N 67TH ST | 2 | 1490 | Ranch | Brick | 1 | 1960 | 1229 | 1 | 3 | 1 | 0 | 5250 | 2005-01 | $103,000.00 |
| 4 | Residential | 2260852000 | 4458 N 67TH ST | 2 | 1490 | Ranch | Stone | 1 | 1950 | 1175 | 1 | 2 | 1 | 0 | 7875 | 2005-01 | $97,500.00 |
| 5 | Residential | 2500706000 | 4110 N 61ST ST | 2 | 1490 | Ranch | Brick | 1 | 1955 | 1154 | 1 | 3 | 1 | 1 | 5000 | 2005-01 | $95,000.00 |
| 6 | Residential | 2500080000 | 4045 N 62ND ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1953 | 1507 | 1 | 4 | 1 | 1 | 5330 | 2005-02 | $130,000.00 |
| 7 | Residential | 2260078000 | 4509 N 66TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1955 | 1201 | 1 | 3 | 1 | 0 | 5000 | 2005-02 | $99,000.00 |
| 8 | Residential | 2269971000 | 4572 N 66TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1942 | 1140 | 1 | 3 | 2 | 0 | 5460 | 2005-02 | $120,900.00 |
| 9 | Residential | 2260811000 | 4425 N 67TH ST | 2 | 1490 | Duplex O/S | Aluminum / Vinyl | 1.5 | 1934 | 1273 | 2 | 3 | 2 | 0 | 5250 | 2005-02 | $91,900.00 |
| 10 | Residential | 2500034000 | 4115 N 63RD ST | 2 | 1490 | Ranch | Aluminum / Vinyl | 1 | 1955 | 1278 | 1 | 3 | 1 | 1 | 5330 | 2005-02 | $142,000.00 |
| 11 | Residential | 2260201000 | 6201 W LINCOLN CREEK DR | 2 | 1490 | Ranch | Brick | 1 | 1955 | 1151 | 1 | 3 | 1 | 0 | 5625 | 2005-02 | $114,000.00 |
| 12 | Residential | 2260709100 | 6408 W MEDFORD AV | 2 | 1490 | Ranch | Brick | 1 | 1952 | 1087 | 1 | 3 | 1 | 0 | 9360 | 2005-02 | $138,900.00 |
| 13 | Residential | 2260241000 | 6131 W LINCOLN CREEK DR | 2 | 1490 | Cape Cod | Brick | 1 | 1952 | 1387 | 1 | 3 | 1 | 0 | 6936 | 2005-03 | $132,000.00 |
| 14 | Residential | 2260924000 | 4431 N 63RD ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1946 | 1085 | 1 | 4 | 2 | 0 | 5460 | 2005-03 | $120,000.00 |
| 15 | Residential | 2500885000 | 4481 N 64TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1940 | 1060 | 1 | 2 | 1 | 0 | 5460 | 2005-03 | $63,000.00 |
| 16 | Residential | 2500934000 | 4249 N 63RD ST | 2 | 1490 | Colonial | Aluminum / Vinyl | 2 | 1942 | 1188 | 1 | 3 | 1 | 1 | 6240 | 2005-03 | $142,900.00 |
| 17 | Residential | 2510305000 | 4055 N 68TH ST | 2 | 1490 | Duplex N/S | Brick | 2 | 1956 | 2240 | 2 | 6 | 2 | 0 | 5814 | 2005-03 | $140,000.00 |
| 18 | Residential | 2501067000 | 4316 N 61ST ST | 2 | 1490 | Duplex N/S | Masonry / Frame | 2 | 1956 | 2189 | 2 | 4 | 2 | 0 | 7250 | 2005-03 | $140,000.00 |
| 19 | Residential | 2260039000 | 4529 N 64TH ST | 2 | 1490 | Duplex N/S | Stone | 1.5 | 1953 | 1651 | 2 | 3 | 2 | 0 | 8060 | 2005-03 | $122,400.00 |
| 20 | Residential | 2261050100 | 4333 N 66TH ST | 2 | 1490 | Ranch | Brick | 1 | 1955 | 1032 | 1 | 4 | 1 | 0 | 7875 | 2005-03 | $125,000.00 |
| 21 | Residential | 2261064000 | 4360 N 67TH ST | 2 | 1490 | Ranch | Stone | 1 | 1955 | 936 | 1 | 3 | 1 | 0 | 5250 | 2005-03 | $129,000.00 |
| 22 | Residential | 2261034100 | 4320 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1954 | 1214 | 1 | 3 | 1 | 0 | 4620 | 2005-04 | $113,000.00 |
| 23 | Residential | 2261073000 | 4341 N 65TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1950 | 867 | 1 | 3 | 1 | 0 | 8190 | 2005-04 | $86,500.00 |
| 24 | Residential | 2260622000 | 4670 N 68TH ST | 2 | 1490 | Duplex N/S | Aluminum / Vinyl | 1.5 | 1958 | 1879 | 2 | 5 | 2 | 0 | 4800 | 2005-04 | $156,300.00 |
| 25 | Residential | 2260380000 | 6045 W LEON TR | 2 | 1490 | Ranch | Frame | 1 | 1958 | 1227 | 1 | 3 | 1 | 1 | 4800 | 2005-04 | $130,000.00 |
| 26 | Residential | 2260314000 | 6221 W SPENCER PL | 2 | 1490 | Ranch | Brick | 1 | 1957 | 1154 | 1 | 3 | 1 | 0 | 4800 | 2005-04 | $124,500.00 |
| 27 | Residential | 2500535000 | 6625 W HOPE AV | 2 | 1490 | Ranch | Aluminum / Vinyl | 1 | 1955 | 1064 | 1 | 3 | 1 | 0 | 6480 | 2005-04 | $123,000.00 |
| 28 | Residential | 2500415000 | 4116 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1955 | 1137 | 1 | 4 | 1 | 1 | 5900 | 2005-05 | $87,000.00 |
| 29 | Residential | 2260805000 | 4459 N 67TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1949 | 1092 | 1 | 3 | 1 | 0 | 5250 | 2005-05 | $112,900.00 |
| 30 | Residential | 2250707000 | 4645 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1956 | 1034 | 1 | 3 | 1 | 0 | 4800 | 2005-05 | $121,000.00 |
| 31 | Residential | 2250707000 | 4645 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1956 | 1034 | 1 | 3 | 1 | 0 | 4800 | 2005-05 | $121,000.00 |
| 32 | Residential | 2260570000 | 6566 W MEDFORD AV | 2 | 1490 | Duplex N/S | Brick | 2 | 1959 | 2469 | 2 | 6 | 2 | 0 | 4800 | 2005-05 | $175,000.00 |
| 33 | Residential | 2500431000 | 4048 N 68TH ST | 2 | 1490 | Duplex N/S | Brick | 1.5 | 1955 | 2348 | 2 | 3 | 2 | 1 | 6490 | 2005-05 | $158,000.00 |
| 34 | Residential | 2260076000 | 4519 N 66TH ST | 2 | 1490 | Ranch | Stone | 1 | 1948 | 849 | 1 | 2 | 1 | 0 | 5000 | 2005-05 | $110,000.00 |
| 35 | Residential | 2501115000 | 4264 N 63RD ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1951 | 1192 | 1 | 3 | 1 | 0 | 5200 | 2005-06 | $100,000.00 |
| 36 | Residential | 2261056000 | 4308 N 67TH ST | 2 | 1490 | Cape Cod | Frame | 1 | 1958 | 1121 | 1 | 3 | 1 | 0 | 5250 | 2005-06 | $121,000.00 |
| 37 | Residential | 2260831000 | 4463 N 66TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1953 | 932 | 1 | 2 | 1 | 0 | 5250 | 2005-06 | $102,000.00 |
| 38 | Residential | 2260955000 | 4407 N 62ND ST | 2 | 1490 | Cottage | Aluminum / Vinyl | 1 | 1926 | 842 | 1 | 2 | 1 | 0 | 5460 | 2005-06 | $56,700.00 |
| 39 | Residential | 2260327000 | 6400 W LEON TR | 2 | 1490 | Duplex N/S | Brick | 1.5 | 1958 | 1929 | 2 | 5 | 2 | 0 | 7560 | 2005-06 | $159,000.00 |
| 40 | Residential | 2260238000 | 6105 W LINCOLN CREEK DR | 2 | 1490 | Ranch | Brick | 1 | 1956 | 1356 | 1 | 3 | 1 | 1 | 13860 | 2005-06 | $147,000.00 |
| 41 | Residential | 2261057000 | 4314 N 67TH ST | 2 | 1490 | Ranch | Brick | 1 | 1959 | 1288 | 1 | 3 | 1 | 1 | 5250 | 2005-06 | $132,500.00 |
| 42 | Residential | 2500706000 | 4110 N 61ST ST | 2 | 1490 | Ranch | Brick | 1 | 1955 | 1154 | 1 | 3 | 1 | 1 | 5000 | 2005-06 | $142,000.00 |
| 43 | Residential | 2260672000 | 4609 N 66TH ST | 2 | 1490 | Ranch | Aluminum / Vinyl | 1 | 1958 | 1055 | 1 | 3 | 1 | 0 | 4800 | 2005-06 | $129,000.00 |
| 44 | Residential | 2500084000 | 4021 N 62ND ST | 2 | 1490 | Residence O/S | Aluminum / Vinyl | 1 | 1920 | 908 | 1 | 3 | 1 | 1 | 5850 | 2005-06 | $40,000.00 |
| 45 | Residential | 2500015000 | 4215 N 63RD ST | 2 | 1490 | Cape Cod | Brick | 1 | 1952 | 1693 | 1 | 3 | 1 | 0 | 8450 | 2005-07 | $148,000.00 |
| 46 | Residential | 2260253000 | 6118 W SPENCER PL | 2 | 1490 | Cape Cod | Brick | 1 | 1954 | 1384 | 1 | 3 | 1 | 0 | 4800 | 2005-07 | $114,000.00 |
| 47 | Residential | 2260898000 | 4409 N 64TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1937 | 1125 | 1 | 3 | 2 | 0 | 5460 | 2005-07 | $119,000.00 |
| 48 | Residential | 2500309000 | 4078 N 62ND ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1953 | 1123 | 1 | 3 | 1 | 0 | 6500 | 2005-07 | $125,100.00 |
| 49 | Residential | 2500711000 | 4068 N 61ST ST | 2 | 1490 | Duplex N/S | Brick | 2 | 1956 | 2880 | 2 | 6 | 2 | 1 | 5500 | 2005-07 | $135,000.00 |
| 50 | Residential | 2260707000 | 6420 W MEDFORD AV | 2 | 1490 | Duplex N/S | Brick | 1.5 | 1953 | 1697 | 2 | 3 | 2 | 0 | 4800 | 2005-07 | $135,000.00 |
| 51 | Residential | 2261048100 | 4351 N 66TH ST | 2 | 1490 | Ranch | Brick | 1 | 1953 | 1265 | 1 | 3 | 1 | 1 | 7875 | 2005-07 | $103,400.00 |
| 52 | Residential | 2500056000 | 4131 N 62ND ST | 2 | 1490 | Cape Cod | Frame | 1 | 1952 | 1414 | 1 | 4 | 1 | 0 | 5460 | 2005-08 | $110,900.00 |
| 53 | Residential | 2500253000 | 4147 N 62ND ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1953 | 1292 | 1 | 3 | 1 | 0 | 5330 | 2005-08 | $123,200.00 |

**EXHIBIT 3**

| | Property Type | Tax Key | Address | District | Nbhd | Style | Extwall | Stories | Year Built | Fin sqft | Units | Bdrms | Fbath | Hbath | Lotsize | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | Residential | 22610940000 | 4371 N 64TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1951 | 847 | 1 | 2 | 1 | 0 | 5460 | 2005-08 | $120,500.00 |
| 55 | Residential | 25105040000 | 4157 N 68TH ST | 2 | 1490 | Duplex N/S | Aluminum / Vinyl | 2 | 1955 | 1858 | 2 | 6 | 2 | 1 | 6350 | 2005-08 | $163,000.00 |
| 56 | Residential | 22610230000 | 4359 N 67TH ST | 2 | 1490 | Duplex N/S | Brick | 1.5 | 1956 | 1681 | 2 | 3 | 2 | 0 | 7500 | 2005-08 | $147,500.00 |
| 57 | Residential | 22609190000 | 4459 N 63RD ST | 2 | 1490 | Ranch | Brick | 1 | 1957 | 1191 | 1 | 3 | 1 | 0 | 5460 | 2005-08 | $110,000.00 |
| 58 | Residential | 22606860000 | 4646 N 66TH ST | 2 | 1490 | Ranch | Brick | 1 | 1960 | 1165 | 1 | 3 | 1 | 0 | 5005 | 2005-08 | $139,900.00 |
| 59 | Residential | 25010930000 | 4237 N 61ST ST | 2 | 1490 | Ranch | Brick | 1 | 1952 | 1036 | 1 | 2 | 1 | 0 | 5200 | 2005-08 | $115,677.00 |
| 60 | Residential | 25009120000 | 4334 N 64TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1950 | 1180 | 1 | 3 | 1 | 0 | 5200 | 2005-09 | $143,000.00 |
| 61 | Residential | 22609240000 | 4431 N 63RD ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1946 | 1085 | 1 | 4 | 2 | 0 | 5460 | 2005-09 | $125,000.00 |
| 62 | Residential | 22608850000 | 4481 N 64TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1940 | 1060 | 1 | 2 | 1 | 0 | 5460 | 2005-09 | $95,000.00 |
| 63 | Residential | 22506880000 | 4701 N 68TH ST | 2 | 1490 | Duplex N/S | Aluminum / Vinyl | 2 | 1957 | 2228 | 2 | 5 | 2 | 0 | 4800 | 2005-09 | $180,000.00 |
| 64 | Residential | 22603430000 | 6119 W LEON TR | 2 | 1490 | Duplex N/S | Aluminum / Vinyl | 2 | 1968 | 2088 | 2 | 6 | 2 | 0 | 4800 | 2005-09 | $140,900.00 |
| 65 | Residential | 22610590000 | 4324 N 67TH ST | 2 | 1490 | Ranch | Brick | 1 | 1959 | 1311 | 1 | 3 | 1 | 1 | 5250 | 2005-09 | $137,500.00 |
| 66 | Residential | 25010920000 | 4243 N 61ST ST | 2 | 1490 | Ranch | Aluminum / Vinyl | 1 | 1955 | 1027 | 1 | 3 | 1 | 0 | 5200 | 2005-09 | $127,000.00 |
| 67 | Residential | 22602920000 | 6260 W LEON TR | 2 | 1490 | Cape Cod | Brick | 1 | 1946 | 1340 | 1 | 3 | 1 | 0 | 5400 | 2005-10 | $125,000.00 |
| 68 | Residential | 22600540000 | 4547 N 65TH ST | 2 | 1490 | Cape Cod | Brick | 1 | 1953 | 1158 | 1 | 3 | 1 | 0 | 5330 | 2005-10 | $117,900.00 |
| 69 | Residential | 22608780000 | 4446 N 66TH ST | 2 | 1490 | Duplex N/S | Brick | 1.5 | 1958 | 2107 | 1 | 3 | 2 | 0 | 5460 | 2005-10 | $140,000.00 |
| 70 | Residential | 25003150000 | 4036 N 62ND ST | 2 | 1490 | Ranch | Brick | 1 | 1960 | 1195 | 1 | 2 | 1 | 0 | 7800 | 2005-10 | $125,000.00 |
| 71 | Residential | 22602050000 | 6225 W LINCOLN CREEK DR | 2 | 1490 | Ranch | Block | 1 | 1950 | 841 | 1 | 2 | 1 | 0 | 5040 | 2005-10 | $60,000.00 |
| 72 | Residential | 25010230000 | 4354 N 63RD ST | 2 | 1490 | Colonial | Masonry / Frame | 2 | 1950 | 1268 | 1 | 3 | 1 | 0 | 5200 | 2005-11 | $132,400.00 |
| 73 | Residential | 22603520000 | 6221 W LEON TR | 2 | 1490 | Duplex N/S | Brick | 1.5 | 1960 | 2111 | 2 | 4 | 2 | 0 | 4800 | 2005-11 | $152,500.00 |
| 74 | Residential | 22606110000 | 6700 W COURTLAND AV | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1958 | 1018 | 1 | 4 | 1 | 0 | 4477 | 2005-12 | $128,400.00 |
| 75 | Residential | 22606190000 | 4686 N 68TH ST | 2 | 1490 | Duplex N/S | Brick | 2 | 1960 | 2486 | 2 | 6 | 2 | 0 | 4920 | 2005-12 | $179,900.00 |
| 76 | Residential | 22603570000 | 6247 N LEON TR | 2 | 1490 | Duplex N/S | Brick | 2 | 1957 | 2376 | 2 | 6 | 2 | 1 | 4800 | 2005-12 | $165,000.00 |
| 77 | Residential | 22600210000 | 6218 W MEDFORD AV | 2 | 1490 | Duplex N/S | Frame | 2 | 1957 | 2102 | 2 | 6 | 2 | 0 | 4800 | 2005-12 | $135,000.00 |
| 78 | Residential | 25000700000 | 4152 N 63RD ST | 2 | 1490 | Ranch | Brick | 1 | 1957 | 1155 | 1 | 3 | 1 | 0 | 5200 | 2005-12 | $139,500.00 |
| 79 | Residential | 22611430000 | 4246 N 68TH ST | 2 | 1490 | Ranch | Brick | 1 | 1956 | 1107 | 1 | 3 | 2 | 0 | 4400 | 2005-12 | $120,000.00 |
| 80 | Residential | 25003100000 | 4070 N 62ND ST | 2 | 1490 | Ranch | Aluminum / Vinyl | 1 | 1954 | 980 | 1 | 2 | 1 | 1 | 5200 | 2005-12 | $114,900.00 |
| 81 | Residential | 22609720000 | 6109 W MEDFORD AV | 2 | 1490 | Ranch | Brick | 1 | 1955 | 923 | 1 | 3 | 1 | 0 | 4860 | 2005-12 | $104,500.00 |
| 82 | Residential | 22602050000 | 6225 W LINCOLN CREEK DR | 2 | 1490 | Ranch | Block | 1 | 1950 | 841 | 1 | 2 | 1 | 0 | 5040 | 2005-12 | $101,900.00 |
| | | | TOTALS | | | | | | | | | | | | | | $10,193,877.00 |

## 2005 Residential Sales Aldermanic District 2 - Neighborhood # 1490
### Cape Cods - One Story - Aluminum / Vinyl

| | Property Type | Tax Key | Address | District | Nbhd | Style | Extwall | Stories | Year Built | Fin sqft | Units | Bdrms | Fbath | Hbath | Lotsize | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Residential | 25000800000 | 4045 N 62ND ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1953 | 1507 | 1 | 4 | 1 | 1 | 5330 | 2005-02 | $130,000.00 |
| 2 | Residential | 22699710000 | 4572 N 66TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1942 | 1140 | 1 | 3 | 2 | 0 | 5460 | 2005-02 | $120,900.00 |
| 3 | Residential | 22609240000 | 4431 N 63RD ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1946 | 1085 | 1 | 4 | 2 | 0 | 5460 | 2005-03 | $120,000.00 |
| 4 | Residential | 22610341000 | 4320 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1954 | 1214 | 1 | 3 | 1 | 0 | 4620 | 2005-04 | $113,000.00 |
| 5 | Residential | 22610730000 | 4341 N 65TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1950 | 867 | 1 | 3 | 1 | 0 | 8190 | 2005-04 | $86,500.00 |
| 6 | Residential | 25004150000 | 4116 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1955 | 1137 | 1 | 4 | 1 | 0 | 5900 | 2005-05 | $87,000.00 |
| 7 | Residential | 22608050000 | 4459 N 67TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1949 | 1092 | 1 | 3 | 1 | 0 | 5250 | 2005-05 | $112,900.00 |
| 8 | Residential | 22507070000 | 4645 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1956 | 1034 | 1 | 3 | 1 | 0 | 4800 | 2005-05 | $121,000.00 |
| 9 | Residential | 22507070000 | 4645 N 68TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1956 | 1034 | 1 | 3 | 1 | 0 | 4800 | 2005-05 | $121,000.00 |
| 10 | Residential | 25011150000 | 4264 N 63RD ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1951 | 1192 | 1 | 3 | 1 | 0 | 5200 | 2005-06 | $110,000.00 |
| 11 | Residential | 22608980000 | 4409 N 64TH ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1937 | 1125 | 1 | 3 | 2 | 0 | 5460 | 2005-07 | $119,000.00 |
| 12 | Residential | 25003090000 | 4078 N 62ND ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1953 | 1123 | 1 | 3 | 1 | 1 | 6500 | 2005-07 | $125,100.00 |
| 13 | Residential | 25000530000 | 4147 N 62ND ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1953 | 1292 | 1 | 3 | 1 | 0 | 5330 | 2005-08 | $123,200.00 |
| 14 | Residential | 22609240000 | 4431 N 63RD ST | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1946 | 1085 | 1 | 4 | 2 | 0 | 5460 | 2005-09 | $125,000.00 |
| 15 | Residential | 22606110000 | 6700 W COURTLAND AV | 2 | 1490 | Cape Cod | Aluminum / Vinyl | 1 | 1958 | 1018 | 1 | 4 | 1 | 0 | 4477 | 2005-12 | $128,400.00 |
| | | | TOTALS | | | | | | | | | | | | | | $1,743,000.00 |

## Assessment History Information For 3280359000

| Year | Land | Imprv  | Total  | Exm.Land | Exm.Imprv | Exm.Total |
|------|------|--------|--------|----------|-----------|-----------|
| 2010 | 5700 | 79900  | 85600  | 0        | 0         | 0         |
| 2009 | 5700 | 89400  | 95100  | 0        | 0         | 0         |
| 2008 | 5700 | 131100 | 136800 | 0        | 0         | 0         |
| 2007 | 5700 | 114900 | 120600 | 0        | 0         | 0         |
| 2006 | 5700 | 106600 | 112300 | 0        | 0         | 0         |
| 2005 | 5700 | 86800  | 92500  | 0        | 0         | 0         |
| 2004 | 5700 | 63500  | 69200  | 0        | 0         | 0         |



EXHIBIT 4

## Sales History Information For 3280359000

| Sale Year | Date Recorded | State DocId | State DLN | Sale Price | Sale Transaction | Arms Length |
|---|---|---|---|---|---|---|
| 2007-03 | 2007-05-01 | 9425884 | N/A | 150000 | WD | Yes |
| 2005-09 | 2006-01-18 | 9167794 | N/A | 134000 | WD | Yes |



EXHIBIT 5

## 2005 Residential Sales Aldermanic District 15 - Neighborhood #2520

| # | Property Type | Tax Key | Address | District | Nbhd | Style | Extwall | Stories | Year Built | Fin sqft | Units | Bdrms | Fbath | Hbath | Lotsize | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Residential | 3470392000 | 4502 W LLOYD ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1911 | 2912 | 2 | 6 | 2 | 0 | 4680 | 2005-02 | $125,900.00 |
| 2 | Residential | 3470410000 | 2170 N 46TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1909 | 2244 | 2 | 4 | 2 | 0 | 4800 | 2005-02 | $64,200.00 |
| 3 | Residential | 3280108000 | 2435 N 49TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1922 | 2707 | 2 | 6 | 2 | 0 | 5160 | 2005-03 | $113,750.00 |
| 4 | Residential | 3281020000 | 2522 N 49TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1923 | 2701 | 2 | 6 | 2 | 0 | 5000 | 2005-03 | $92,000.00 |
| 5 | Residential | 3281825000 | 2501 N 49TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1923 | 2612 | 2 | 4 | 2 | 0 | 5720 | 2005-05 | $76,220.00 |
| 6 | Residential | 3470394000 | 4510 W LLOYD ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1909 | 2554 | 2 | 6 | 2 | 0 | 3600 | 2005-05 | $60,000.00 |
| 7 | Residential | 3470481000 | 2118 N 48TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1912 | 2427 | 2 | 6 | 2 | 0 | 3600 | 2005-05 | $97,500.00 |
| 8 | Residential | 3280737000 | 2533 N 45TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1915 | 2430 | 2 | 4 | 2 | 0 | 5000 | 2005-06 | $104,000.00 |
| 9 | Residential | 3282017000 | 2440 N 45TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1913 | 1946 | 2 | 4 | 2 | 0 | 5400 | 2005-06 | $96,000.00 |
| 10 | Residential | 3281832000 | 2532 N 50TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1923 | 3013 | 2 | 6 | 2 | 0 | 5240 | 2005-07 | $144,000.00 |
| 11 | Residential | 3281902000 | 2461 N 50TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1924 | 2300 | 2 | 4 | 2 | 0 | 4760 | 2005-07 | $121,500.00 |
| 12 | Residential | 3281635000 | 2665 N 45TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1924 | 2913 | 2 | 6 | 2 | 0 | 5250 | 2005-08 | $140,000.00 |
| 13 | Residential | 3281064000 | 2470 N 49TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1923 | 2691 | 2 | 7 | 2 | 0 | 5875 | 2005-08 | $126,100.00 |
| 14 | Residential | 3280113000 | 2409 N 49TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1922 | 2670 | 2 | 6 | 2 | 0 | 5160 | 2005-08 | $90,000.00 |
| 15 | Residential | 3282012000 | 2461-A N 44TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 1.5 | 1913 | 1885 | 2 | 4 | 2 | 0 | 4440 | 2005-08 | $95,000.00 |
| 16 | Residential | 3280630000 | 2319 N 44TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1914 | 2566 | 2 | 6 | 2 | 0 | 3600 | 2005-10 | $73,000.00 |
| 17 | Residential | 3281849000 | 2511 N 50TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1922 | 2236 | 2 | 4 | 2 | 0 | 5240 | 2005-10 | $85,500.00 |
| 18 | Residential | 3281691000 | 2664 N 47TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1923 | 3021 | 2 | 6 | 2 | 0 | 5166 | 2005-11 | $90,000.00 |
| 19 | Residential | 3281277800 | 2355 N 45TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1918 | 2812 | 2 | 6 | 2 | 0 | 4500 | 2005-11 | $75,000.00 |
| 20 | Residential | 3470478000 | 4718 W LLOYD ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1912 | 2589 | 2 | 6 | 2 | 0 | 4560 | 2005-11 | $170,800.00 |
| 21 | Residential | 3280742000 | 2507 N 45TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1915 | 2301 | 2 | 4 | 2 | 0 | 5000 | 2005-11 | $76,300.00 |
| 22 | Residential | 3470822000 | 4325 W GARFIELD AV | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 1.5 | 1911 | 1969 | 2 | 5 | 2 | 0 | 4440 | 2005-11 | $107,000.00 |
| 23 | Residential | 3280428000 | 2654 N 49TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 1.5 | 1922 | 1770 | 2 | 4 | 2 | 0 | 5625 | 2005-11 | $110,000.00 |
| 24 | Residential | 3281418000 | 2423 N 44TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1925 | 3087 | 2 | 6 | 2 | 0 | 5400 | 2005-12 | $148,000.00 |
| 25 | Residential | 3281686000 | 2638 N 47TH ST | 15 | 2520 | Dplx Bungalow | Aluminum / Vinyl | 2 | 1923 | 2478 | 2 | 4 | 2 | 0 | 4920 | 2005-12 | $125,000.00 |
| 26 | Residential | 3281610000 | 2656 N 48TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 1.5 | 1923 | 2243 | 2 | 4 | 2 | 0 | 4720 | 2005-12 | $115,000.00 |
| 27 | Residential | 3281640000 | 2639 N 45TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1921 | 2463 | 2 | 6 | 2 | 0 | 5000 | 2005-12 | $92,000.00 |
| 27A | Residential | 3280911000 | 2471 N 45TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1909 | 2388 | 2 | 6 | 2 | 1 | 4800 | 2005-05 | $116,592.00 |
| 28 | Residential | 3280433000 | 2635 N 48TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1923 | 2369 | 2 | 4 | 2 | 0 | 5000 | 2005-12 | $133,000.00 |
| 29 | Residential | 3470205000 | 2220 N 45TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1911 | 2770 | 2 | 6 | 2 | 0 | 6210 | 2005-01 | $65,000.00 |
| 30 | Residential | 3281912000 | 2438 N 51ST ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1925 | 2436 | 2 | 4 | 2 | 0 | 5418 | 2005-01 | $115,000.00 |
| 31 | Residential | 3470411000 | 2178 N 46TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1909 | 2388 | 2 | 4 | 2 | 0 | 4800 | 2005-02 | $50,000.00 |
| 32 | Residential | 3470491000 | 2166 N 48TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1917 | 2478 | 2 | 4 | 2 | 0 | 3600 | 2005-03 | $94,500.00 |
| 33 | Residential | 3281613000 | 2617 N 44TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1923 | 2191 | 2 | 4 | 2 | 0 | 5187 | 2005-03 | $86,000.00 |
| 34 | Residential | 3280772000 | 2513 N 44TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 1.5 | 1914 | 2041 | 2 | 3 | 2 | 0 | 5120 | 2005-12 | $30,000.00 |
| 35 | Residential | 3281040000 | 2517 N 47TH ST | 15 | 2520 | Dplx Bungalow | Asbestos | 2 | 1922 | 2718 | 2 | 6 | 2 | 0 | 5054 | 2005-07 | $135,000.00 |
| 36 | Residential | 3470718000 | 2178 N 46TH ST | 15 | 2520 | Dplx Bungalow | Brick | 1.5 | 1923 | 2886 | 2 | 6 | 2 | 0 | 4800 | 2005-05 | $208,000.00 |
| 37 | Residential | 3281440000 | 2419 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2549 | 2 | 6 | 2 | 0 | 2800 | 2005-06 | $60,500.00 |
| 38 | Residential | 3281636000 | 2661 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2980 | 2 | 4 | 2 | 0 | 5000 | 2005-02 | $112,500.00 |
| 39 | Residential | 3470203000 | 2228 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1911 | 2382 | 2 | 6 | 2 | 0 | 4050 | 2005-07 | $93,300.00 |
| 40 | Residential | 3281860000 | 2542 N 51ST ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1924 | 2865 | 2 | 6 | 2 | 0 | 5895 | 2005-03 | $173,000.00 |
| 41 | Residential | 3281280000 | 2345 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1921 | 2863 | 2 | 6 | 2 | 0 | 4500 | 2005-09 | $81,000.00 |
| 42 | Residential | 3281284000 | 2350 N 46TH ST | 15 | 2520 | Dplx Bungalow | Frame | 1.5 | 1919 | 2107 | 2 | 4 | 2 | 0 | 3930 | 2005-10 | $145,000.00 |
| 43 | Residential | 3281636000 | 2661 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2980 | 2 | 4 | 2 | 0 | 5000 | 2005-06 | $157,500.00 |
| 44 | Residential | 3280629000 | 2323 N 44TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2455 | 2 | 4 | 2 | 0 | 3600 | 2005-06 | $29,900.00 |
| 45 | Residential | 3280416000 | 2639 N 47TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2718 | 2 | 6 | 2 | 0 | 5054 | 2005-07 | $135,000.00 |
| 46 | Residential | 3280640000 | 2332 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1914 | 2622 | 2 | 6 | 2 | 0 | 4320 | 2005-08 | $90,000.00 |
| 46A | Residential | 3280638000 | 2324 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1914 | 2160 | 2 | 4 | 2 | 0 | 4320 | 2005-08 | $90,000.00 |
| | Residential | 3280359000 | 2637 N 50TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2194 | 2 | 4 | 2 | 0 | 4585 | 2005-09 | $134,000.00 |
| | Residential | 3280223000 | 2606 N 49TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2423 | 2 | 4 | 2 | 0 | 5000 | 2005-10 | $119,900.00 |
| | Residential | 3281857000 | 2526 N 51ST ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2387 | 2 | 4 | 2 | 0 | 4585 | 2005-10 | $150,000.00 |
| | Residential | 3281615000 | 2607 N 44TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1916 | 2762 | 2 | 6 | 2 | 0 | 4720 | 2005-12 | $100,000.00 |


EXHIBIT 6

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | Residential | 3281908100 | 2429 N 50TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1925 | 2740 | 2 | 6 | 2 | 1 | 5197 | 2005-12 | $116,000.00 |
| 57 | Residential | 3281687000 | 2644 N 47TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2396 | 2 | 4 | 2 | 0 | 4920 | 2005-12 | $124,000.00 |
| 58 | Residential | 3280217000 | 2621 N 48TH ST | 15 | 2520 | Dplx Bungalow | Stucco | 2 | 1922 | 2362 | 2 | 4 | 2 | 0 | 4375 | 2005-12 | $79,600.00 |
| 59 | Residential | 3470494000 | 2182 N 48TH ST | 15 | 2520 | Duplex O/S | Aluminum / Vinyl | 2 | 1924 | 2410 | 2 | 4 | 2 | 0 | 4200 | 2005-06 | $166,500.00 |
| 60 | Residential | 3470473000 | 2123 N 47TH ST | 15 | 2520 | Duplex O/S | Asbestos | 2 | 1910 | 2998 | 2 | 5 | 2 | 1 | 3600 | 2005-04 | $155,000.00 |
| 61 | Residential | 3280924000 | 2466 N 46TH ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1918 | 1781 | 1 | 3 | 1 | 0 | 5000 | 2005-04 | $100,300.00 |
| 62 | Residential | 3281063000 | 2471 N 48TH ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1922 | 1667 | 1 | 4 | 1 | 1 | 5875 | 2005-05 | $127,000.00 |
| 63 | Residential | 3471028000 | 2221 N 49TH ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1920 | 1614 | 1 | 3 | 1 | 0 | 4800 | 2005-07 | $75,000.00 |
| 64 | Residential | 3280753000 | 2550 N 46TH ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1919 | 1483 | 1 | 3 | 1 | 0 | 5000 | 2005-07 | $74,000.00 |
| 65 | Residential | 3280342000 | 2648 N 51ST ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1922 | 1378 | 2 | 4 | 1 | 0 | 4585 | 2005-07 | $80,500.00 |
| 66 | Residential | 3280024000 | 2454 N 48TH ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1923 | 1411 | 1 | 4 | 1 | 0 | 5187 | 2005-08 | $94,100.00 |
| 67 | Residential | 3281658000 | 2654 N 46TH ST | 15 | 2520 | Milwaukee Bungalow | Aluminum / Vinyl | 1 | 1920 | 1174 | 1 | 3 | 1 | 0 | 5000 | 2005-12 | $6,000.00 |
| 68 | Residential | 3281033000 | 2563 N 47TH ST | 15 | 2520 | Milwaukee Bungalow | Brick | 1 | 1926 | 1805 | 1 | 3 | 1 | 0 | 6650 | 2005-04 | $130,000.00 |
| 69 | Residential | 3281251000 | 2341 N 46TH ST | 15 | 2520 | Milwaukee Bungalow | Brick | 1 | 1919 | 1919 | 1 | 4 | 2 | 1 | 4920 | 2005-06 | $156,000.00 |
| 70 | Residential | 3280314000 | 2628 N 50TH ST | 15 | 2520 | Milwaukee Bungalow | Brick | 1 | 1924 | 1605 | 1 | 4 | 1 | 0 | 4585 | 2005-07 | $101,900.00 |
| 71 | Residential | 3280035000 | 2415 N 48TH ST | 15 | 2520 | Milwaukee Bungalow | Masonry / Frame | 1 | 1921 | 1749 | 1 | 3 | 1 | 1 | 6250 | 2005-12 | $118,000.00 |
| 72 | Residential | 3281217000 | 2373 N 47TH ST | 15 | 2520 | Milwaukee Bungalow | Stucco | 1 | 1920 | 1784 | 2 | 4 | 1 | 0 | 5187 | 2005-02 | $100,000.00 |
| 73 | Residential | 3280027000 | 2465 N 48TH ST | 15 | 2520 | Milwaukee Bungalow | Stucco | 1 | 1922 | 1557 | 1 | 4 | 1 | 1 | 5875 | 2005-05 | $95,000.00 |
| 74 | Residential | 3280027000 | 2465 N 48TH ST | 15 | 2520 | Milwaukee Bungalow | Stucco | 1 | 1922 | 1557 | 1 | 4 | 1 | 1 | 5875 | 2005-11 | $138,200.00 |
| 75 | Residential | 3281690000 | 2662 N 47TH ST | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 1 | 1922 | 1217 | 1 | 3 | 1 | 0 | 4920 | 2005-01 | $69,000.00 |
| 76 | Residential | 3470716000 | 4408 W GARFIELD AV | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 1.5 | 1914 | 1478 | 1 | 4 | 1 | 0 | 3600 | 2005-02 | $72,000.00 |
| 77 | Residential | 3479984000 | 2129 N 48TH ST | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 2 | 1913 | 1674 | 1 | 5 | 1 | 0 | 4800 | 2005-05 | $105,000.00 |
| 78 | Residential | 3280203000 | 2621 N 47TH ST | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 1 | 1921 | 1509 | 1 | 4 | 1 | 0 | 4620 | 2005-06 | $85,000.00 |
| 79 | Residential | 3280026000 | 2464 N 48TH ST | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 2 | 1922 | 1466 | 1 | 3 | 1 | 0 | 5187 | 2005-08 | $97,000.00 |
| 80 | Residential | 3281258000 | 2303 N 46TH ST | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 1 | 1919 | 1388 | 1 | 3 | 1 | 0 | 4551 | 2005-08 | $97,000.00 |
| 81 | Residential | 3281690000 | 2662 N 47TH ST | 15 | 2520 | Residence O/S | Aluminum / Vinyl | 1 | 1922 | 1217 | 1 | 3 | 1 | 0 | 4920 | 2005-12 | $97,000.00 |
| 82 | Residential | 3281618000 | 2608 N 45TH ST | 15 | 2520 | Residence O/S | Asbestos | 1 | 1919 | 1726 | 2 | 5 | 2 | 0 | 4720 | 2005-02 | $63,000.00 |
| 83 | Residential | 3289989000 | 2328 N 46TH ST | 15 | 2520 | Residence O/S | Brick | 1 | 1920 | 1960 | 1 | 3 | 2 | 0 | 5000 | 2005-11 | $125,000.00 |
| 84 | Residential | 3280777000 | 2508 N 45TH ST | 15 | 2520 | Residence O/S | Frame | 1 | 1915 | 1566 | 1 | 5 | 1 | 0 | 3500 | 2005-05 | $55,000.00 |
| 85 | Residential | 3280744000 | 2502 N 46TH ST | 15 | 2520 | Residence O/S | Frame | 2 | 1918 | 2008 | 1 | 5 | 1 | 0 | 5000 | 2005-12 | $95,300.00 |
| 86 | Residential | 3470461000 | 2183 N 47TH ST | 15 | 2520 | Residence O/S | Masonry / Frame | 2 | 1910 | 2003 | 1 | 4 | 2 | 0 | 4800 | 2005-05 | $155,600.00 |
| 87 | Residential | 3289990000 | 2324 N 46TH ST | 15 | 2520 | Residence O/S | Stone | 1 | 1920 | 1329 | 1 | 2 | 1 | 0 | 5000 | 2005-11 | $89,000.00 |
| 88 | Residential | 3281603000 | 2673 N 44TH ST | 15 | 2520 | Residence O/S | Stucco | 2 | 1921 | 1597 | 1 | 3 | 1 | 1 | 4956 | 2005-12 | $125,000.00 |
| 89 | Residential | 3470906000 | 2216 N 44TH ST | 15 | 2520 | Rm or Rooming House | Aluminum / Vinyl | 1.5 | 1913 | 1307 | 1 | 4 | 1 | 0 | 0 | 2005-03 | $145,000.00 |

### 2005 Residential Sales Aldermanic District 15 - Neighborhood # 2520
### DPLX BUNGALOW - TWO STORY - FRAME

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Residential | 3281440000 | 2419 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2549 | 2 | 6 | 2 | 0 | 5000 | 2005-01 | $60,500.00 |
| 2 | Residential | 3281636000 | 2661 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2980 | 2 | 4 | 2 | 0 | 5000 | 2005-02 | $112,500.00 |
| 3 | Residential | 3281860000 | 2542 N 51ST ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1924 | 2865 | 2 | 6 | 2 | 0 | 5895 | 2005-03 | $173,000.00 |
| 4 | Residential | 3281284000 | 2350 N 46TH ST | 15 | 2520 | Dplx Bungalow | Frame | 1.5 | 1919 | 2107 | 2 | 4 | 2 | 0 | 5000 | 2005-03 | $96,900.00 |
| 5 | Residential | 3281636000 | 2661 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2980 | 2 | 4 | 2 | 0 | 5000 | 2005-06 | $157,500.00 |
| 6 | Residential | 3280629000 | 2323 N 44TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2455 | 2 | 4 | 2 | 0 | 3600 | 2005-06 | $29,900.00 |
| 7 | Residential | 3280416000 | 2639 N 47TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2718 | 2 | 6 | 2 | 0 | 5054 | 2005-07 | $135,000.00 |
| 8 | Residential | 3280640000 | 2332 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1914 | 2622 | 2 | 6 | 2 | 0 | 4320 | 2005-08 | $90,000.00 |
| 9 | Residential | 3280638000 | 2324 N 45TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1914 | 2160 | 2 | 4 | 2 | 0 | 4320 | 2005-08 | $90,000.00 |
| 10 | Residential | 3280359000 | 2637 N 50TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2194 | 2 | 4 | 2 | 0 | 4585 | 2005-09 | $134,000.00 |
| 11 | Residential | 3280223000 | 2606 N 49TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2423 | 2 | 4 | 2 | 0 | 5000 | 2005-10 | $119,900.00 |
| 12 | Residential | 3281857000 | 2526 N 51ST ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1923 | 2387 | 2 | 4 | 2 | 0 | 4585 | 2005-10 | $150,000.00 |
| 13 | Residential | 3281615000 | 2607 N 44TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1916 | 2762 | 2 | 6 | 2 | 0 | 4720 | 2005-12 | $100,000.00 |
| 14 | Residential | 3281908100 | 2429 N 50TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1925 | 2740 | 2 | 6 | 2 | 1 | 5197 | 2005-12 | $116,000.00 |
| 15 | Residential | 3281687000 | 2644 N 47TH ST | 15 | 2520 | Dplx Bungalow | Frame | 2 | 1922 | 2396 | 2 | 4 | 2 | 0 | 4920 | 2005-12 | $124,000.00 |

Case 2:10-cr-00039-RTR   Filed 08/24/11   Page 8 of 8   Document 94-1